**Brenda L. MORGAN, Plaintiff–Appellant,**

v.

**NORTH MISSISSIPPI MEDICAL CENTER, INC., Defendant–Appellee.**

No. 06–16017.

United States Court of Appeals, Eleventh Circuit.

May 21, 2007.

Mark Daniel Ryan, Bay Minette, AL, for Plaintiff–Appellant.

Jacob Bartlett McNiel, Charles J. Potts, Alford, Clausen & McDonald, LLC, Mo-

bile, AL, John G. Wheeler, Tupelo, MS, for Defendant–Appellee.

Brent R. Marquand, Thomas F. Fine, Tennessee Valley Authority, Knoxville, TN, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,\* District Judge.

PER CURIAM:

After review and oral argument, the Court affirms the grant of summary judgment in favor of the Defendant–Appellee on all of the Plaintiff–Appellant's claims for the reasons outlined in the district court's thorough and well-reasoned orders of October 12, 2006, and December 2, 2005.

**AFFIRMED.**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,\* District Judge.